**COM.**

**v.**

**WRIGHT, J.**

**1368 WDA 2015**

Superior Court of Pennsylvania.

06/05/2017

CP–02–CR–0016470–2014 (Allegheny)

Affirmed

**COM.**

**v.**

**GEBAUER, J.**

**917 WDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–63–CR–0001167–2003 (Washington)

Affirmed

**COM.**

**v.**

**MCCRAY, T.**

**102 WDA 2016**

Superior Court of Pennsylvania.

06/05/2017

Reargument Denied 8/3/2017

CP–02–CR–0001632–2013, CP–02–CR–0007040–2010 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted

**J.L.**

**v.**

**A.N.**

**1393 WDA 2016**

Superior Court of Pennsylvania.

06/05/2017

FD–09–009023–005 (Allegheny)

Affirmed

